**Fill in this information to identify the case:**

Debtor 1    Marvin G. King, Sr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Middle    District of    Georgia
(State)

Case number    18-50354

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim**. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer

**Court claim No. (if known):** 7

**Last 4 digits** of any number you use to identify the debtor's account: 1706

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 05/08/2018 | (5) $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Plan review | 03/08/2018 | (11) $ 150.00 |
| 12. Other. Specify: Preparation/analysis of 410A form | 05/08/2018 | (12) $ 250.00 |
| 13. Other. Specify: Preparation of Fee Notice | 05/22/2018 | (13) $ 150.00 |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

Debtor 1  Marvin G. King, Sr.
         First Name  Middle Name  Last Name

Case Number *(if known)*  18-50354

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/ Wendy Locke
        Signature

Date  **May 31, 2018**

Print:  Wendy Locke
        First Name  Middle Name  Last Name

Title:  Agent for Creditor

Company:  Aldridge Pite, LLP

Address:  3575 Piedmont Road, N.E. Suite 500
          Number  Street

          Atlanta        GA          30305
          City           State       Zip Code

Contact phone  (404)-994-7400

Email  wlocke@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA - MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-50354 |
| | ) | |
| MARVIN G. KING, SR. AKA MARVIN KING | ) | Chapter 13 |
| AKA MARVIN G. KING, AKA KING MARVIN | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on June 1, 2018, I served a copy of the Notice of Postpetition Mortgage Fees, Expenses and Charges which was filed in this bankruptcy matter on June 1, 2018, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

Jason M. Orenstein

Camille Hope

**The following parties have been served via U.S. First Class Mail**:

Marvin G. King, Sr.
308 Bradstone Court
Macon, GA 31217

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

| | |
|---|---|
| Dated: June 1, 2018 | Signature: /s/Melissa Gonzalez |
| | Printed Name: MELISSA GONZALEZ |
| | Address:   Aldridge Pite, LLP |
| | Fifteen Piedmont Center |
| | 3575 Piedmont Road, N.E., |
| | Suite 500, Atlanta, GA 30305 |
| | Phone:   (404) 994-7400 |
| | Fax:   (888) 873-6147 |