**SO ORDERED.**

**SIGNED this 31 day of July, 2018.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| IN RE:                                          : | |
| : | **CHAPTER 13** |
| MARVIN G. KING, SR.                : | |
| : | **CASE NO. 18-50354 jps** |
| Debtor.                             : | |

**ORDER DISALLOWING MORTGAGE FEES, EXPENSES AND CHARGES**

WHEREAS, Federal National Mortgage Association (herein "Fannie Mae") filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (Doc. No. 20), and the Debtor filed a Response objecting thereto (Doc. No. 21). After notice and a contested hearing held in open court;

IT IS HEREBY ORDERED that, for the reasons set forth in open court, the fees, expenses and charges claimed in Fannie Mae's Notice of Postpetition Mortgage Fees, Expenses and Charges (Doc. No. 20) shall be reduced as follows:

Fannie Mae shall be allowed a fee of $150 for preparing and filing its Proof of Claim and required 410A form. Fannie Mae shall also be allowed a fee of $150 for reviewing the debtor's Chapter 13 plan. All other fees set forth in Fannie Mae's Notice of Postpetition Mortgage Fees, Expenses and Charges (Doc. No. 20) shall be disallowed.

ORDER PREPARED BY:
/s/ Jason M. Orenstein
Jason M. Orenstein, #554302
Attorney for Debtor
P.O. Box 4086
Macon, GA  31208-4086
(478) 743-6300; jmopclaw@yahoo.com